UNITED STATES BANKRUPTCY COURT -- NORTHERN DISTRICT OF IOWA

**PROCEEDING MEMO AND ORDER RE TRUSTEE'S MOTION TO DISMISS**

IN RE:
   JULIA ANN MCNEAL                                       Chapter 13

                                       Bankruptcy No. 08-00730

APPEARANCES: For Debtor: Yara Halloush

Case Trustee: Carol Dunbar

IT IS ORDERED THAT:

Hearing was held on: October 22, 2009

Debtor(s) are given 45 days from the date of this hearing to become completely current in all plan payments. If plan payments are not current by said date, this case will be dismissed without further notice or hearing unless an amended plan or Motion to Convert have been filed. If an amended plan is filed, Trustee's Motion to Dismiss will be held in abeyance pending confirmation of the amended plan. This deadline is final. It may not be extended by agreement of the parties or in any other manner.

DATED AND ENTERED  October 22, 2009

                                                 */s/ Paul J. Kilburg*

                                                 Bankruptcy Judge